UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60271-CIV-SMITH/VALLE

LANCE KEVIN ANDERSON, *ET AL.*,

    Plaintiffs,

vs.

J & L CABLE TV SERVICES, INC.,

    Defendant.

                                                  /

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court on Magistrate Judge Valle's Report and Recommendation to District Judge [DE 103], in which she recommends sanctioning Plaintiff Manesse Vilsaint for disregarding Court orders, failing to attend a properly noticed deposition, failing to attend court-ordered mediation, and failing to prosecute the case. Magistrate Judge Valle recommends that Vilsaint's case be dismissed without prejudice and Vilsaint be directed to pay $3,000 towards Defendant's attorney's fees and costs in connection with the canceled deposition, mediation, and Motion for Sanctions. No objections have been filed by either side. Having reviewed, *de novo*, the Report and Recommendation to District Judge and the record, and given that there are no objections, it is

    **ORDERED** that:

    1)     The Report and Recommendation to District Judge [DE 103] of Magistrate Judge Valle is **AFFIRMED and ADOPTED**, and incorporated by reference into this Court's Order; and

    2)     Defendant's Motion for Sanctions Against Plaintiff Vilsaint and Renewal of Prior Request for Sanctions Pursuant to the Court's Order Dated December 11, 2020 [DE 71] is **GRANTED:**

      a)      Plaintiff Vilsaint's claims are **DISMISSED without prejudice.**

      b)      Plaintiff Vilsaint shall pay Defendant $3,000.00 towards attorney's fees and costs.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 28th day of July, 2021.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    All Counsel of Record